IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **5AIF SYCAMORE 2, LLC, LLC,** § § § § | |
| *Plaintiff(s),* § § | CIVIL ACTION NO. 1:19-cv-000431-RP |
| vs. § § | |
| **BEIT NES, LLC, MARILYN ROTH EPSTEIN and STEPHAN B. EPSTEIN,** § § § § | *Consolidated with:* 1:19-cv-00495-RP |
| *Defendant(s).* § | |

### ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME

On _____, 2021, the court considered the Defendants' Motion for Extension of Time to File their Response to Plaintiff's Motion for Summary Judgment. After considering the Motion, the court:

GRANTS the Defendants' Motion for Extension of Time to File their Response to Plaintiff's Motion for Summary Judgment. It is hereby ordered that the deadline is August 20, 2021 for the Defendants to file their response to Plaintiff's Motion for Summary Judgment.

SIGNED on _____, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

/s/ James Minerve

_____
James Minerve