IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| 5AIF SYCAMORE 2, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:19-CV-431-RP |
| BEIT NES, LLC, et al., | § § § | *Consolidated with*: 1:19-cv-495 |
| Defendants. | § | |

**FINAL JUDGMENT**

On this date, the Court adopted United States Magistrate Judge Dustin Howell's report and recommendation concerning Plaintiff's Motion for Summary Judgment, (Dkt. 52). (R. & R., Dkt. 56). The Court's Order granted Plaintiff's Motion for Summary Judgment and disposed of all claims in this case.

**IT IS ORDERED** that **JUDGMENT** is entered in favor of Plaintiff 5AIF Sycamore 2, LLC, against Defendants Beit Nes, LLC and Marilyn Roth Epstein for a total of $1,432,617.84, plus interest accrued through the date of judgment, along with reasonable attorneys' fees.

**IT IS FURTHER ORDERED** that Defendants Beit Nes, LLC, Marilyn Roth Epstein, and Stephan B. Epstein **TAKE NOTHING** on their counterclaims.

**IT IS FURTHER ORDERED** that this case and the member case, 1:19-cv-495, are **CLOSED**.

**SIGNED** on January 25, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE